UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



JIMMY PEREZ-OLIVO
    Plaintiff
        v.                    Civil No. 97-2068(SEC)
UNITED STATES OF AMERICA    28 U.S.C. § 2255
    Defendant

### ORDER

| MOTION | RULING |
|---|---|
| **Docket # 68** Petitioner's "Motion Requesting Ruling on 28 U.S.C. § 2255" | Moot. |
| **Docket # 69** Petitioner's "Motion for Release . . ." | Moot. |

DATE: August 26, 1999

*SALVADOR E. CASELLAS*
United States District Judge

Rec'd:    EOD:

By:     # 70