# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO                        *
                                         *
Plaintiff                                *       Civil No. 97-2068(SEC)
                                         *
v.                                       *       28 U.S.C. § 2255
                                         *
UNITED STATES OF AMERICA                 *
                                         *
Defendant                                *
* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Pending is petitioner's "Motion Requesting Issuance of Certificate of Appealability." (Docket # 76). Rule 22(b) of the Federal Rules of Appellate Procedure directs that "in a 28 U.S.C. § 2255 proceeding, the applicant cannot take an appeal unless a circuit justice or a circuit or district judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." Section 2253(c)(2) in turn provides that "[a] certificate of appealability may issue . . . only if the applicant has made a substantial showing of the denial of a constitutional right." In order to meet this standard, a petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." Barefoot v. Estelle, 463 U.S. 880, 892-93 (1983) (internal quotation marks omitted).

For the reasons set forth in our opinion and order of January 26, 1998 (Docket # 23) and subsequent opinion and order of August 30, 1999 (Docket # 71), we find that petitioner has failed to make the requisite substantial showing of the denial of a constitutional right. Therefore, petitioner's request for a certificate of appealability is hereby DENIED.

This Court having denied the application for issuance of a certificate of appealability,

Civil No. 97-2068(SEC)                                                                    2

a request for a certificate of appealability should now be filed promptly before the First Circuit

Court of Appeals.  Such application "should be accompanied by a copy of . . . [this] court's

order and a memorandum giving specific and substantial reasons, and not mere generalizations,

why a certificate should be granted."  Local Rule 22.1(c) of the United Court of Appeals for

the First Circuit.

SO ORDERED.

In San Juan, Puerto Rico, this  /8 day of  November, 1999.

SALVADOR E. CASELLAS
United States District Judge