IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JIMMY PEREZ-OLIVO | * |
| Petitioner | * Civil No. 97-2068(SEC) |
| v. | * |
| UNITED STATES OF AMERICA | * |
| Respondent | * |

*********************************

## ORDER OF REFERRAL

Before the Court are numerous filing by Petitioner (Docket ## 79, 83, 84, 86, 87), all of which amount to a motion for relief from judgment based on "newly discovered evidence." These dockets are hereby **REFERRED** to Magistrate-Judge Gustavo Gelpi for report and recommendation.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2ᴰ day of November, 2001.

SALVADOR E. CASELLAS
United States District Judge

s/c: J. Perez-Olivo
11-5-01

