# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JIMMY PÉREZ OLIVO

Petitioner

v.                              **CIVIL NO. 97-2068(SEC)**

UNITED STATES OF AMERICA

Respondent

_____

### ORDER

The United States shall respond to petitioner's motions for relief from judgment (Docket Nos. 79, 83, 84, 86, 87) within twenty (20) days for the entry of this order.

The Clerk of Court shall provide copy of said pleadings to the Government.

**SO ORDERED**.

At San Juan, Puerto Rico, this 6th day of November, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge


