UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO
   Petitioner
      v.                      Civil No. 97-2068(SEC)
UNITED STATES OF AMERICA
   Respondent

## ORDER

| MOTION | RULING |
|---|---|
| **Docket #85**<br>**SECOND PETITION FOR RULING AND RECUSAL** | Petitioner's request for recusal is **DENIED** as no showing of impartiality or bias has been made. |
| **Docket #92**<br>**MOTION TO RECONSIDER AND/OR CLARIFY ORDER OF REFERRAL...** | **GRANTED.** Docket ## 81 and 82 are also referred to Magistrate Gelpi for his consideration of Petitioner's motion. In preparing his report, the Magistrate may consider any relevant evidence contained in the record. |

DATE: November 27, 2001

SALVADOR E. CASELLAS
United States District Judge

s/cs:to (4)
attys/pts
in ICMS

c: Mag Gelpi 11/29/01