# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

JIMMY PÉREZ OLIVO

Petitioner

v.   **CIVIL NO. 97-2068(SEC)**

UNITED STATES OF AMERICA

Respondent

## ORDER

Petitioner, Jimmy Díaz Olivo, through his attorney, shall respond to the Government's reply to his motions for relief from judgment (Docket No. 96) on or before **Friday, December 21, 2001**. The Government, in turn, shall have until Friday, December 28, 2001 to file a sur-reply, if it so deems necessary. The Court will promptly rule on this matter.

**SO ORDERED.**

At San Juan, Puerto Rico, this 4th day of December, 2001.

GUSTAVO A. GELPI
United States Magistrate-Judge