## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO       *

     Petitioner      *

v.      *    CIVIL NO. 97-2068(SEC)

UNITED STATES OF AMERICA   *

     Respondent      *
========================/

### NOTICE OF APPEAL

TO THE HONORABLE COURT:

PLEASE TAKE NOTICE, that the petitioner Jimmy Perez Olivo, acting pro se for the purpose of this notice, hereby appeals from the Order entered on November 27, 2001, served/received, by regular mail, on December 3, 2001, [Re: Motion for Recusal] Docket No. 96.

The petitioner appeals from each and every part of such ruling where the court ruled that "Petitioner's request for recusal (sic) is **DENIED** as no showing of impartiality or bias has been made."

Petitioner appeals from each and every part of said Ruling/Order (Docket No. 96) thereon as well as from the whole thereof.

Petitioner herein respectfully request the following:

1. An Order granting leave to proceed in forma pauperis.

RESPECTFULLY SUBMITTED.

In M.D.C. Guaynabo, P.R., this 31st day of December 2001.

Jimmy Perez Olivo, pro-se
Reg. No. 12576-069
M.D.C. Guaynabo, A-A/Cadre
San Juan, P.R. 00922-2147