UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO
Plaintiff
v.  Civil No. 97-2068(SEC)
UNITED STATES OF AMERICA
Defendant

## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 111**<br>**Motion Resigning to Legal Representation** | **GRANTED**<br>Attorney Julio C. Morillo Limardo may withdraw as counsel of record. |

DATE: January 21, 2003

SALVADOR E. CASELLAS
United States District Judge

