UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JIMMY PEREZ OLIVO
Petitioner
v.
UNITED STATES OF AMERICA
Respondent

Civil No. 97-2068(SEC)



## ORDER

| MOTION | RULING |
|---|---|
| **Docket # 117**<br>Motion for the Court to Order the Service of the Ruling.... | **GRANTED**<br>The Clerk of the Court is instructed to foward Petitioner a copy of the Court's order issued on October 24, 2003. |

DATE: December 10, 2003

SALVADOR E. CASELLAS
United States District Judge

s/c: Perez Olivo w/copy of Order of 10/24/03 — via mail.
12/11/03