# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO
### Transmittal of Supplemental Record to the Court of Appeals

**DATE:**    April 27, 2004

**DC #:**    97-2068 (SEC)

**CCA #:**    04-1111

**CASE CAPTION:**    Jimmy Pérez-Olivo    v.    USA

**SPECIAL COMMENTS:**    Copies of original documents

**INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:**

**DOCUMENTS:**                                                    **VOLUMES:**

Docket Entries   122-130                                              I

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

By: Xiomara Muniz
Deputy Clerk

Acknowledgment of Receipt:

Received By:    _____
USCCA #:        _____
s/c:  CM/ECF Parties, Docket Clerk, Appeals Clerk

