# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO
<u>Transmittal of Supplemental Record to the Court of Appeals</u>

DATE:   May 19, 2004

DC #:   97-2068   (SEC)

CCA #:   04-1111

CASE CAPTION:   Jimmy Pérez-Olivo   v.   USA

SPECIAL COMMENTS:   Original documents in file folders

INDEX OF DOCUMENTS INCLUDED AS A SUPPLEMENTAL RECORD ON APPEAL:

**CRIMINAL CASE #96-044 (SEC) SENT AS A SUPPLEMENTAL RECORD TO CIVIL CASE #97-2068 (SEC):**

| DOCUMENTS: | VOLUMES: |
|---|---|
| **Docket Entries 1-122** | I |
| **Docket Entries 123-188** | II |
| **Docket Entries 141 & 142 (Transcripts)** | III |
| **Docket Entry 87 (PSR)** | IV |

I HEREBY CERTIFY that the enclosed documents contained herein are the original pleadings as described in the annexed index and constitute the supplemental record on appeal in the case.

FRANCES RIOS DE MORAN
Clerk of the Court

S/ Xiomara Muñiz
Xiomara Muñiz
Deputy Clerk

Acknowledgment of Receipt:

Received By:   _____
USCCA #:        _____
s/c:   CM/ECF Parties, Docket Clerk, Appeals Clerk